**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

**ECF CASE**

**OLGA VILLA,**

**11-Civ.-8995 (RWS) (DCF)**

**Plaintiff,**

**AFFIDAVIT OF PERSONAL SERVICE**

**-against-**

**MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; SHELBY K. BENJAMIN; TODD FABACHER; MEL HARRIS JOHN / JANE DOES 1-5; LEUCADIA NATIONAL CORPORATION; LR CREDIT 11, LLC; LR CREDIT JOHN / JANE DOES 1-5; SAMSERV, INC; WILLIAM MLOTOK; DAVID BENITEZ; AND SAMSERV JOHN / JANE DOES 1-5.**

**Defendants.**

---------------------------------------------------------------------X

**Avinash Nandlal,** being duly sworn deposes and says:

1) I am over 18 years of age, not a party of this action, and am associated with the Law Offices of Lee Nuwesra.

2) On December 13, 2011, at 12:05 p.m, I personally served two (2) copies of the SUMMONS IN A CIVIL ACTION and COMPLAINT upon **ROCCO NITTOLI**, Vice President and Treasurer of Leucadia National Corporation, located at 315 Park Avenue South, New York, N.Y. 10010, who accepted the same on behalf of Defendants Leucadia National Corporation, and LR Credit 11. Rocco Nittoli, accepted said service. Description: White Male, Bald, approximately 50 years old, approximately 5 feet 10 inches tall, and approximately 200 lbs.

[signature]
Avinash Nandlal

**Sworn to before me**
**This** 16th **day of December 2011**

**NOTARY PUBLIC**

LEE NUWESRA
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY, LIC. #02NU5028142
COMM. EXP. May 26, 2014

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| OLGA VILLA,<br><br>Plaintiff,<br>v.<br><br>MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; SHELBY K. BENJAMIN; TODD FABACHER; LEUCADIA NATIONAL CORPORATION; LR CREDIT 11, LLC; SAMSERV, INC; WILLIAM MLOTOK; AND DAVID BENITEZ;<br><br>Defendants. | ) | Civil Action No. :<br>11 CIV 8995 |

## SUMMONS IN A CIVIL ACTION

TO: (Defendants' Names and Addresses)

| | | |
|---|---|---|
| Mel S. Harris and Associates LLC; Mel S. Harris; Shelby K. Benjamin; and Todd Fabacher | Leucadia National Corporation; LR Credit 11, LLC | Samserv, Inc.; William Mlotok; and David Benitez |
| 5 Hanover Square<br>New York, N.Y. 10005 | 315 Park Avenue South<br>New York, N.Y. 10010 | 140 Clinton Street<br>Brooklyn, N.Y. 11201 |

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs or plaintiffs' attorney, whose name and addresses are:

Law Offices of Lee Nuwesra
1623 Unionport Road, Suite 101
Bronx, N.Y. 10462

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: 16 DEC 2011

Signature of Clerk or Deputy Clerk