UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ECF CASE

OLGA VILLA,

Plaintiff,

-against-

MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; SHELBY K. BENJAMIN; TODD FABACHER; MEL HARRIS JOHN / JANE DOES 1-5; LEUCADIA NATIONAL CORPORATION; LR CREDIT 11, LLC; LR CREDIT JOHN / JANE DOES 1-5; SAMSERV, INC; WILLIAM MLOTOK; DAVID BENITEZ; AND SAMSERV JOHN / JANE DOES 1-5.

Defendants.
-----------------------------------------------------------------X

11-Civ.-8995 (RWS) (DCF)

**AFFIDAVIT OF SUBSTITUTED SERVICE BY MAIL ON DEFENDANT DAVID BENITEZ**

**Avinash Nandlal,** being duly sworn deposes and says:

1) I am over 18 years of age, not a party of this action, and am associated with the Law Offices of Lee Nuwesra.

2) On December 13, 2011, at 3:00 p.m., I delivered one (1) copy of the SUMMONS IN A CIVIL ACTION and COMPLAINT for Defendant David Benitez, at his place of business, located at 85 Willis Ave, Suite E, Mineola, N.Y. 11501. I left the same with a female of suitable age and discretion, who refused to identify herself. Description: Brown Female, Brown Hair, approximately 30-35 years old, approximately 5 feet 1 inch tall, and approximately 150 lbs.

3) On December 21, 2011, I mailed a second copy of SUMMONS IN A CIVIL ACTION and COMPLAINT to Defendant **David Benitez**, by first-class mail, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to Defendant Benitez at his business address set forth as follow: **David Benitez, 85 Willis Ave, Suite E, Mineola, N.Y. 11501.**

[signature]
Avinash Nandlal

**Sworn to before me**
**This 22nd day of December 2011**

[signature]
**NOTARY PUBLIC**

LEE NUWESRA
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY, LIC. #02NU5028142
COMM. EXP. Aug 26, 2014

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| OLGA VILLA,<br><br>Plaintiff,<br>v.<br><br>MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; SHELBY K. BENJAMIN; TODD FABACHER; LEUCADIA NATIONAL CORPORATION; LR CREDIT 11, LLC; SAMSERV, INC; WILLIAM MLOTOK; AND DAVID BENITEZ;<br><br>Defendants. | Civil Action No. :<br>'11 CIV 8995<br>JUDGE SWEET |

## SUMMONS IN A CIVIL ACTION

TO: (Defendants' Names and Addresses)

Mel S. Harris and Associates LLC;
Mel S. Harris; Shelby K. Benjamin;
and Todd Fabacher

5 Hanover Square
New York, N.Y. 10005

Leucadia National Corporation;
LR Credit 11, LLC

315 Park Avenue South
New York, N.Y. 10010

Samserv, Inc.:
William Mlotok; and
David Benitez

140 Clinton Street
Brooklyn, N.Y. 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs or plaintiffs' attorney, whose name and addresses are:

Law Offices of Lee Nuwesra
1623 Unionport Road, Suite 101
Bronx, N.Y. 10462

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: 9 DEC 2011

Signature of Clerk or Deputy Clerk