**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OLGA VILLA,

          **STIPULATION OF DISMISSAL**

    Plaintiff

          11-cv-08995-RWS

  -against-

MEL S. HARRIS AND ASSOCIATES, LLC, MEL S. HARRIS,
SHELBY K. BENJAMIN, TODD FABACHER,
MEL HARRIS JOHN/JANE DOES 1-5, LEUCADIA
NATIONAL CORPORATION, LR CREDIT 11, LLC,
LR CREDIT JOHN/JANE DOES 1-5, SAMSERV, INC.,
WILLIAM MLOTOK, DAVID BENITEZ,
SAMSERV JOHN/JANE DOES 1-5



    **Defendants**
-----------------------------------------------------------------X

    Plaintiff, Olga Villa, hereby voluntarily dismisses this action against defendants, Mel S. Harris and Associates, LLC, Mel S. Harris, Shelby K. Benjamin, Todd Fabacher, Mel Harris John/Jane Does 1-5, Leucadia National Corporation, LR Credit 11, LLC, and LR Credit John/Jane Does 1-5, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other.

    This dismissal does not prejudice plaintiff's right to continue this action against remaining defendants SamServ, Inc., William Mlotok, David Benitez, and SamServ John/Jane Does 1-5.

    An executed faxed copy of this Stipulation shall be deemed as a signed original.



This _5_ day of _January_ 2012

_[signature]_
For the plaintiff
Lee Sam Nuwesra
Law Offices of Lee Nuwesra
1623 Unionport Road, Suite 101
Bronx, NY 10462

_[signature]_
For the defendants
Scott Wortman
MEL S. HARRIS & ASSOCIATES, LLC
5 Hanover Square, 8th Floor
New York, NY  10004

_So ordered_
_[signature] Sweet USDJ_
_3.6.12_

_[signature] 1-5-12_